### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **vs.** | : CRIMINAL NO.: 20-00084-KD-N |
| **BRENT DAUPHIN COOK,** | : |
| Defendant. | : |

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 20) and without any objection having been filed by the parties, Defendant Brent Dauphin Cook's plea of guilty to Count One of the Indictment charging possession of a firearm by a prohibited person is now accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **December 4, 2020, at 1:00 p.m**. in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile Alabama, 36602.

The United States Marshal is directed to produce Defendant Cook for the sentencing hearing.

**DONE and ORDERED** this the 8th day of September 2020.

                                              s/Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              CHIEF UNITED STATES DISTRICT JUDGE